Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**SUSAN L. VINCENT,**

        Plaintiff,

vs.

Commissioner of Social Security
Administration,

        Defendant.

Civil No. 6:17-cv-00975-BR

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

Plaintiff's Motion is hereby granted in the sum of $13,418.13 in attorney fees, less $7,458.34, which is the amount of Equal Access to Justice Act ("EAJA") fees already received by counsel, for a net §406(b) attorney fee award herein of $5,959.79 pursuant to 42 U.S.C. §406(b). Defendant shall pay $5,959.79 to Plaintiff's counsel, Drew L. Johnson, PC,

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -     1

less an administrative assessment pursuant to 42 U.S.C. 406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401.

After payment of the $5,959.79, the balance of any remaining amounts withheld for attorney fees shall be paid to Plaintiff. There are no other costs.

IT IS SO ORDERED this 23rd day of May, 2019

*signature*

ANNA J. BROWN
United States Senior District Judge

PRESENTED BY:

By: /s/ SHERWOOD J. REESE
Sherwood J. Reese, OSB #144130
Of Attorneys for Plaintiff